No. 03–10828. BATES v. QUINLAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–10829. WILLIAMS v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10830. ORTIZ-DUARTES, AKA RAMOS-LIRA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10831. PATTERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10832. BLUE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–10833. BURNS v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–10834. RATIGAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10837. STRINGER v. ALBEN ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–10838. ROACH v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 03–10839. MUNOZ-GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10840. POWELL v. ROWLEY, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 03–10841. TIEN MINH NGUYEN v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10842. BECHTEL v. HULL, GOVERNOR OF ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–10843. MARTIN v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–10845. MAHMOUD v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Certiorari denied.